United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 17, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-51406
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBERTO MIER-BLANCO,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:02-CR-448-ALL
--------------------

Before BENAVIDES and CLEMENT, Circuit Judges.[*]

PER CURIAM:[**]

     Appealing the Judgment in a Criminal Case, Roberto Mier-

Blanco raises arguments that are foreclosed by United States v.

Slaughter, 238 F.3d 580, 582-84 (5th Cir. 2000), which held that

Apprendi v. New Jersey, 530 U.S. 466 (2000), did not render 21

U.S.C. § 841 unconstitutional on its face.  The Government's

_____

     [*] This matter is being decided by a quorum.  28 U.S.C.
§ 46(d).

     [**] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.